UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RESEARCH IN MOTION LTD., RESEARCH IN MOTION CORP., and GENERAL IMAGING CO., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. _____ <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") hereby states that it has no parent corporation and that no publicly held corporation owns more than 10% of St. Clair's stock.

_/s/_
Frederick L. Cottrell, III, Esq. (#2555)
cottrell@rlf.com
Chad M. Shandler, Esq. (#3796)
shandler@rlf.com
RICHARDS, LAYTON, & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

**ATTORNEYS FOR ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.**

OF COUNSEL:
Ronald J. Schutz, Esq.
Becky R. Thorson, Esq.
Annie Huang, Esq.
David B. Zucco, Esq.
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

Dated: June 20, 2008