AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X  Patents or   ☐ Trademarks:

| DOCKET NO.<br>08cv371 | DATE FILED<br>6/20/08 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>St. Clair Intellectual Property Consultants Inc. | | DEFENDANT<br><br>Research in Motion LTD.<br>Research in Motion Corp.<br>General Imaging Co. |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,138,459 | 08/11/92 | Personal Computer Cameras Inc. |
| 2 | 6,094,219 | 07/25/00 | St. Clair Intellectual Property Consultants Inc. |
| 3 | US 6,233,010 B1 | 05/15/01 | St. Clair Intellectual Property Consultants Inc. |
| 4 | US 6,323,899 B1 | 11/27/01 | St. Clair Intellectual Property Consultants Inc. |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br><br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br><br>6/23/08 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

Case 1:08-cv-00371-JJF    Document 4    Filed 06/23/2008    Page 2 of 2