IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 08-371 (JJF) |
| RESEARCH IN MOTION LTD., RESEARCH IN MOTION CORP., and GENERAL IMAGING CO., ) ) ) ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that Defendant General Imaging Co. waives any argument that St. Clair has failed to comply with the formal service requirements of Fed. R. Civ. P. 4 and that the time for defendant General Imaging Co. to answer, move or otherwise respond to the Complaint is extended until September 17, 2008.

RICHARDS, LAYTON & FINGER, P.A.           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Chad M. Shandler*                                   */s/ Jack B. Blumenfeld*
_____        _____

Frederick L. Cottrell, III (#2555)                    Jack B. Blumenfeld (#1014)
cottrell@rlf.com                                              jblumenfeld@mnat.com
Chad M. Shandler (#3796)                          1201 North Market Street
shandler@rlf.com                                         P.O. Box 1347
One Rodney Square                                    Wilmington, DE 19899
P.O. Box 551                                                 (302) 658-9200
Wilmington, DE 19899                                  *Attorneys for Defendant General Imaging Co.*
(302) 651-7700
  *Attorneys for Plaintiff St. Clair*
  *Intellectual Property Consultants, Inc.*

August 15, 2008
2447058

So ordered this ___ day of August, 2008.

_____
Farnan, J.
2447058