# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

August 18, 2008

The Honorable Joseph J. Farnan Jr.   *VIA ELECTRONIC FILING*
United States District Court
 For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *St. Clair Intellectual Property Consultants, Inc. v. General Imaging Co., et al.*
      C.A. No. 08-371 (JJF)

Dear Judge Farnan:

On August 11, 2008, the Court entered an Order setting a Scheduling Conference for September 11, 2008 (D.I. 6). The parties recently filed a stipulation extending defendant General Imaging's time to respond to the Complaint until September 17, 2008 (D.I. 7). The other defendants have not yet appeared. General Imaging respectfully requests that the Scheduling Conference be reset for a time after defendants have responded to the Complaint. Plaintiff's counsel has not agreed that the conference should be postponed.

Respectfully,

*/s/ Jack Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/bav
cc:   Clerk of Court (Via Hand Delivery)
      Frederick L. Cottrell, III, Esquire (Via Electronic Mail)
      Chad M. Shandler, Esquire (Via Electronic Mail)
      David Evered, Esquire (Via Electronic Mail)

2450183