

Frederick L. Cottrell, III
Director
302-651-7509
Cottrell@rlf.com

August 18, 2008

**VIA HAND DELIVERY AND ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    St. Clair Intellectual Property Consultants, Inc. v.
                General Imaging Co., et al, C.A. No. 08-371-JJF

Dear Judge Farnan:

      Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") respectfully urges the Court to maintain the September 11, 2008 scheduling conference on the calendar in the above-referenced action. St. Clair's courtesy in granting an extension for Defendant General Imaging Co. ("GIC") to answer should not delay the case. Counsel for Defendants Research In Motion, Ltd. and Research In Motion Corp. (collectively, "RIM") has recently agreed to accept service of St. Clair's Complaint on behalf of RIM. Even though RIM will have until the same date to answer as GIC, counsel for RIM has agreed to a Rule 26(f) meeting on Wednesday, August 20, 2008. St. Clair believes that a Rule 26(f) meeting and a subsequent scheduling conference can still be productive at this stage of the case and anticipates that the parties can be prepared to discuss a variety of matters including discovery limitations, non-case dispositive and dispositive motions, and potential trial dates.[1] GIC will be invited to participate in the Rule 26(f) meeting.

                        Respectfully submitted,

                        /s/ Frederick L. Cottrell, III (#2555)

                        Frederick L. Cottrell, III (#2555)

FLC:ps
cc:   Clerk of the Court (via e-file)
       Jack B. Blumenfeld, Esq. (via e-mail)

---

[1] Our proposed schedule will take into consideration potentially consolidating discovery in the related cases.