IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RESEARCH IN MOTION LTD., RESEARCH IN MOTION CORP., and GENERAL IMAGING CO., <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 08-371 (JJF) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## WAIVER AND ACKNOWLEDGMENT OF SERVICE AND STIPULATION OF TIME TO ANSWER

WHEREAS, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("Plaintiff") filed its Complaint for Patent Infringement Complaint ("Complaint") against Defendants Research In Motion, Ltd. and Research In Motion Corp. ("Defendants") on June 20, 2008; and

WHEREAS, Defendants have authorized their attorneys, Wilmer Cutler Pickering Hale & Dorr LLP, to waive formal service of Plaintiff's Summons and Complaint in this action and to accept service on their behalf; and

WHEREAS, on August 18, 2008, counsel for Defendants agreed to waive formal service of Plaintiff's Summons and Complaint in this action and agreed to accept service on behalf of Defendants; and

NOW, THEREFORE, counsel for Defendants acknowledge that service of Plaintiff's Complaint is hereby accepted on behalf of Defendants and it is hereby stipulated that Defendants will have until September 17, 2008 to respond to Plaintiff's Complaint.

| | |
|---|---|
| /s/ *Chad M. Shandler* | /s/ *Collins J. Seitz, Jr.* |
| Frederick L. Cottrell, III, Esq. (#2555) | Collins J. Seitz, Jr. (#2237) |
| cottrell@rlf.com | CONNOLLY BOVE LODGE & HUTZ LLP |
| Chad M. Shandler, Esq. (#3796) | 1007 North Orange Street |
| shandler@rlf.com | P.O. Box 2207 |
| Richards, Layton & Finger | Wilmington, DE 19899 |
| One Rodney Square | (302) 658-9141 |
| 920 North King Street | cseitz@cblh.com |
| Wilmington, DE 19899 | |
| (302) 651-7700 | |
| | |
| *Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.* | *Attorneys for Defendants Research in Motion, Ltd., Research in Motion Corp.* |

Dated: August 19, 2008.

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Jack B. Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899

I hereby certify that on August 19, 2008, I have sent by Hand Delivery the foregoing document to the following non-registered participant:

> Collins J. Seitz, Jr., Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899

*/s/ Chad M. Shandler (#3796)*
Chad M. Shandler (#3796)
shandler@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700