

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**WILMINGTON, DE**

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Collins J. Seitz, Jr.
TEL      (302) 888-6278
FAX     (302) 255-4278
EMAIL   cseitz@cblh.com
REPLY TO   Wilmington Office

August 20, 2008

**BY CM/ECF**

Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re:   *St. Clair Intellectual Property Consultants, Inc.*
      *v. Research in Motion LTD., et al.*
      C.A. No. 08-371 (JJF)

Dear Judge Farnan:

    Defendants Research in Motion Ltd. and Research in Motion Corp. (collectively, "RIM") respectfully submit this letter in support of Defendant General Imaging Co.'s August 18, 2008 letter (D.I. 8), which requests a continuance of the Scheduling Conference currently set for September 11, 2008. Like General Imaging, RIM has not yet responded to Plaintiff St. Clair Intellectual Property Consultants, Inc.'s ("St. Clair") complaint. Indeed, on August 19, St. Clair and RIM stipulated, subject to the Court's approval, that RIM will have until September 17 to respond to the complaint. (D.I. 10) St. Clair and General Imaging reached the same stipulation. (D.I. 7) RIM agrees with General Imaging that the Scheduling Conference will be more productive for the parties and the Court if it is reset for a date after the Defendants have responded to St. Clair's complaint. Rescheduling the Scheduling Conference will also allow RIM, which only accepted service of St. Clair's complaint on August 18, time to assess the case and the procedural schedule.

    St. Clair's argument that the Scheduling Conference should not be rescheduled because RIM agreed to waive service of the complaint and to participate in a Rule 26(f) conference (D.I. 9) is misplaced. RIM agreed to waive service of St. Clair's complaint in consideration for St. Clair's stipulation that RIM will have until September 17 to respond to the complaint. Further, because

Honorable Joseph J. Farnan, Jr.
Page 2
August 20, 2008
-------------------------------------------------

the Scheduling Conference is currently set for September 11, RIM was required under Rule 26 to meet and confer with St. Clair by August 21.

RIM therefore respectfully joins General Imaging's request to reset the Scheduling Conference to a date after September 17, 2008.

                                      Respectfully,

                                      Collins J. Seitz, Jr.
                                      (Bar No. 2237)
                                      cseitz@cblh.com

CJS,Jr./saj
cc:    Jack B. Blumenfeld, Esquire
        Frederick L. Cottrell, III, Esquire
        Chad M. Shandler, Esquire
        Clerk, U.S. District Court
        (all by CM/ECF)
(630333)