IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION, LTD.,<br>RESEARCH IN MOTION CORP.,<br>GENERAL IMAGING CO.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 08-371 JJF<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 20, 2008, copies of (i) Plaintiff St. Clair Intellectual Property Consultants, Inc.'s First Set of Interrogatories, and (ii) Plaintiff St. Clair Intellectual Property Consultants, Inc.'s Request for Production of Documents were served on counsel as follows:

**VIA EMAIL AND HAND DELIVERY:**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Collins J. Seitz, Jr., Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

RLF1-3314224-1

                                       /s/Chad M. Shandler
                                       Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19801
(302) 651-7700

Dated: August 20, 2008

*Attorneys for St. Clair Intellectual Property Consultants, Inc.*

2

RLF1-3314224-1

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

    Jack B. Blumenfeld, Esquire
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899

I hereby certify that on August 20, 2008, I have sent by Hand Delivery the foregoing document to the following non-registered participant:

    Collins J. Seitz, Jr., Esquire
    CONNOLLY BOVE LODGE & HUTZ LLP
    1007 North Orange Street
    P.O. Box 2207
    Wilmington, DE 19899

 

*/s/ Chad M. Shandler (#3796)*
Chad M. Shandler (#3796)
shandler@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700