IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY )<br>CONSULTANTS, INC.                )<br>                                 )<br>     Plaintiff,                  )<br>                                 )<br>     v.                          )<br>                                 )<br>RESEARCH IN MOTION LTD.,         )<br>RESEARCH IN MOTION CORP.,        )<br>and GENERAL IMAGING CO.,         )<br>                                 )<br>     Defendants.                 )  | C.A. No. 08-371 JJF<br><br>JURY TRIAL DEMANDED |

### ENTRY OF APPEARANCE

Please enter the appearance of Collins J. Seitz, Jr., Kevin F. Brady, and Connolly Bove Lodge & Hutz LLP, on behalf of defendants, Research in Motion Ltd., and Research in Motion Corp., in the above-entitled case.

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (Bar No. 2237)
Kevin F. Brady (Bar No. 2248)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
cseitz@cblh.com
kbrady@cblh.com

Dated: August 29, 2008

*Attorneys for Defendants,*
*Research in Motion Ltd. and*
*Research in Motion Corp.*

## CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., hereby certify that on the 29th day of August, 2008, a copy of the foregoing **ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Chad M. Shandler, Esquire  
Richards Layton & Finger, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
shandler@rlf.com

Jack B. Blumenfeld, Esquire  
Morris, Nichols, Arsht & Tunnell LLP  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
jblumenfeld@mnat.com

By: _/s/ Collins J. Seitz, Jr._  
    Collins J. Seitz, Jr., (#2237)  
    cseitz@cblh.com