**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ——————————————————— )<br>ST. CLAIR INTELLECTUAL )<br>PROPERTY CONSULTANTS, INC., )<br>        )<br>     *Plaintiff,* )<br>        )<br>     v.     )<br>        )<br>RESEARCH IN MOTION, LTD., )<br>RESEARCH IN MOTION CORP., )<br>GENERAL IMAGING CO., )<br>        )<br>     *Defendants.* )<br>——————————————————— ) | C.A. No. 08-371-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (1) Expert Report of Louis P. Berneman; (2) Expert Report of John Hauser, Ph.D.; (3) Expert Report of Lance Gunderson; and (4) John Villasenor, Ph.D. was served on the following counsel and in the manner indicated below on February 17, 2009:

| *E-mail* | *E-mail* |
|---|---|
| Ronald J. Schutz | Chad Michael Shandler |
| Becky R. Thorson | Richards, Layton & Finger |
| Annie Huang | One Rodney Square |
| Robins Kaplan Miller & Ciresi LLP | P.O. Box 551 |
| 2800 LaSalle Plaza | Wilmington, DE 19899 |
| 800 LaSalle Avenue | |
| Minneapolis, MN 55402 | |

Dated: February 18, 2010

*/s/ Kevin F. Brady*
Collins J. Seitz, Jr. (#2237)
Kevin F. Brady (#2248)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street, P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
cseitz@cblh.com
kbrady@cblh.com


*Attorneys for Defendants Research in Motion,*
*Ltd. and Research in Motion Corp.*

.

## CERTIFICATE OF SERVICE

I, Kevin F. Brady, hereby certify that on February 18, 2010, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

I hereby further certify that on February 18, 2010, I caused a copy of the foregoing document to be served on the following counsel of record by the manner so indicated:

*E-mail*
Ronald J. Schutz
Becky R. Thorson
Annie Huang
Robins Kaplan Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

*Email*
Chad Michael Shandler
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*/s/ Kevin F. Brady*
Kevin F. Brady (#2248)
kbrady@cblh.com