IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RESEARCH IN MOTION, LTD., RESEARCH IN MOTION CORP., and GENERAL IMAGING CO., <br><br> Defendants. | Civil Action No. 08-371-JJF-LPS <br><br> **JURY TRIAL DEMANDED** |

### PLAINTIFF ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.'S NOTICE OF DEPOSITION OF LOUIS P. BERNEMAN

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff St. Clair Intellectual Property Consultants, Inc., through their attorneys of record, will take the deposition upon oral examination of Louis P. Berneman on March 5, 2010 at 9:00 a.m., at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006. The deposition upon oral examination will be conducted before an official authorized by law to administer oaths. The deposition will be recorded by real-time stenographic means and video. The deposition will continue from day-to-day until completed.

*Of Counsel*:

Ronald J. Schutz, Esq.
Becky R. Thorson, Esq.
Carrie M. Lambert, Esq.
Annie Huang, Esq.
Seth A. Northrop, Esq.
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Dated: March 2, 2010

/s/ Laura D. Hatcher
Frederick L. Cottrell, III, Esq. (#2555)
cottrell@rlf.com
Chad M. Shandler, Esq. (#3796)
shandler@rlf.com
Laura D. Hatcher, Esq. (#5098)
hatcher@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

ATTORNEYS FOR PLAINTIFF
ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I further certify that I caused copies of the foregoing to be served on March 2, 2010 in the manner indicated to:

**VIA ELECTRONIC MAIL:**

Collins J. Seitz
Kevin F. Brady
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**VIA ELECTRONIC MAIL:**

Dominic Massa
Christopher R. Noyes
Kevin S. Prussia
WilmerHale
60 State Street
Boston, MA 02109

                                                    */s/ Laura D. Hatcher*
                                                   Laura D. Hatcher (#5098)
                                                   hatcher@rlf.com